IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOSEPH STAFFORD,
REG. #10454-042                                                                                          PLAINTIFF

v.                                              2:05CV00178 HDY

GWEN BROWN, et al.                                                                                  DEFENDANTS

ORDER

The Court has received proposed findings and recommendations from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court hereby adopts the findings and recommendations. With respect to plaintiff's claim under the Federal Tort Claims Act, the Magistrate Judge stated that "although defendants raise the statute of limitations defense, they do not adequately address how it is applied in the particular situation and therefore, the Court will not consider it at this time." Findings at 6. In its objections, the government does address this issue, among others, and asks that this Court reverse the Magistrate Judge. However, the Court deems that aspect of the Magistrate Judge's findings and recommendation denying defendants' motion to dismiss to be without prejudice. Accordingly, as this matter is in any case going to proceed before the Magistrate Judge for the time being, the government and/or plaintiff may present in a proper motion those issues as set forth in their respective objections before the Magistrate Judge that they claim were not adequately addressed. In this respect, the Magistrate Judge may reconsider any issues properly presented by defendants and/or plaintiff that he deems appropriate.

IT IS, THEREFORE, ORDERED that the Magistrate Judge's proposed findings and

recommendations be and they hereby are adopted as this Court's findings and recommendations. Defendants' motion to dismiss (doc.#17) is hereby granted in part, with respect to plaintiff's due process claim, and denied, without prejudice, in all other respects.

IT IS SO ORDERED this 15th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE