IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOSEPH STAFFORD,
REG. #10454-042                                                                                          PLAINTIFF

v.                                    2:05CV00178 SWW/HDY

GWEN BROWN, et al.                                                                                  DEFENDANTS

ORDER

The Court has received a proposed partial findings and recommendation from Magistrate Judge H. David Young. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety.

IT IS, THEREFORE ORDERED that defendants's motion to dismiss plaintiff's FTCA claim (DE #48) is hereby GRANTED.

IT IS FURTHER ORDERED that plaintiff's motion to amend (DE #41) is hereby DENIED.

IT IS SO ORDERED this 25TH day of July, 2006.


/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE