IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOSEPH STAFFORD,
ADC #10454-042                                                                          PLAINTIFF

v.                                    2:05CV00178 SWW/HDY

GWEN BROWN, et al.                                                                   DEFENDANTS

## ORDER

Plaintiff's motion to voluntarily dismiss his complaint against defendants (DE #103) is hereby GRANTED.

IT IS FURTHER ORDERED that defendants' motion to dismiss, or in the alternative, for summary judgment (DE #100) is hereby DENIED as moot.

The November 28, 2006 Pre Jury Hearing in this matter is hereby CANCELLED, and the writ of habeas corpus ad testificandum, issued October 3, 2006 is hereby CANCELLED.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 8th day of November, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE